**Leo C. HOLLINGSWORTH, Petitioner–Appellant,**

v.

**ATTORNEY GENERAL OF FLORIDA, Bill McCollum, Secretary for the Department of Corrections, Walter A. McNeil, Respondents–Appellees.**

No. 06–14599.

United States Court of Appeals, Eleventh Circuit.

June 30, 2009.

Janice Bergmann, Fed. Pub. Def., Ft. Lauderdale, FL, Kathleen M. Williams (Court–Appointed), Fed. Pub. Def., Miami, FL, for Hollingsworth.

Paulette R. Taylor, Linda S. Katz, Miami, FL, for Respondents–Appellees.

Before BLACK, BARKETT and PRYOR, Circuit Judges.

BY THE COURT:

Appellees' "Petition for Rehearing *En Banc*," construed as a motion for reconsideration of our April 9, 2009, published order and to submit the motion for reconsideration to the full Court, is DENIED. However, on the Court's own motion, the April 9, 2009, order is clarified by deleting footnote 1 in its entirety. The April 9, 2009, order as originally issued is withdrawn, and the Clerk is directed to issue the attached amended order in lieu thereof.